The People of the State of New York, Respondent, v. Frank Palmisano, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent

and vote for reversal and a new trial upon the ground that the identification of the defendant was not proved beyond a reasonable doubt.